**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BURBERRY LIMITED; CARTIER NORTH AMERICA, a division of RICHEMONT NORTH AMERICA, INC.; CHANEL, INC.; HERMÈS INTERNATIONAL; LOUIS VUITTON MALLETIER; RICHEMONT INTERNATIONAL SA; and VAN CLEEF & ARPELS, a division of RICHEMONT NORTH AMERICA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> VARIOUS JOHN DOES, JANE DOES, and XYZ COMPANIES, <br><br> Defendants. | 25-CV-10068 (VSB) <br><br> **UNSEALING ORER** |

VERNON S. BRODERICK, United States District Judge:

WHEREAS the Court orders that this action be unsealed, and Records Management

upload all documents filed to date on the Electronic Case Filing system.

SO ORDERED.

Dated: December 22, 2025
    New York, New York

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE